# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,                    :

     Plaintiff, .                                   :     Civil No. 3:01CV01194 (GLG)

VS.                                          :

VALERIE A. SAMUELS,                          :

     Defendant.                                 :     September 26, 2003

### GOVERNMENT'S REQUEST FOR ISSUANCE OF CAPIAS

    The Government respectfully requests that a capias issue forthwith for the arrest and seizure of the defendant, Valerie Samuels, for failure to appear before the United States District Court for purposes of a debtor examination.  The relevant facts supporting the issuance of a capias are set forth in the accompanying Declaration.  The issuance of a capias is an appropriate remedy to enforce compliance with this Court's previous orders; as well as to assist the Government with enforcement of a judgment it obtained from this Court against Ms. Samuels.  Based upon these reasons, and in the interest of justice, the Government respectfully requests that a capias be issued.

Respectfully submitted,

Kevin J. O'Connor
United States Attorney

Christine Sciarrino
Assistant United States Attorney
P.O. Box 1824
New Haven, CT   06510
(203) 821-3780
Federal No. CT3393

Motion DENIED as moot.

Gerard L. Goettel, USDJ
11-6-03

FILED
Nov 7 2 01 PM '03
U.S DISTRICT COURT
NEW HAVEN, CONN

FILED
SEP 26  3 02 PM '03
U.S DISTRICT COURT
NEW HAVEN, CONN